# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br> MCDERMOTT INTERNATIONAL, INC., *et al.*,[1] <br><br> Reorganized Debtors. <br><br><br> MICHAEL VAN DEELEN <br><br> Appellant, <br><br> v. <br><br> DAVID DICKSON, <br> and STUART SPENCE, <br> and SCOTT LAMB, <br> and JOSHUA SUSSBERG, <br> and 10 JOHN/JANE DOES <br><br> Appellees. | § § § § § § § § § § § § § § § § § § § § § § | On appeal from the U.S. Bankruptcy Court for the Southern District of Texas <br><br><br><br><br> Bankruptcy No. 20-30336 <br><br> Adv. Proc. No. 20-3309 <br><br> Appeal No. 4:21-cv-3369 |

## MOTION TO WITHDRAW JAMIE ALAN AYCOCK AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, through undersigned counsel, comes Appellees David Dickson, Stuart Spence, and Scott Lamb, who respectfully move to withdraw Jamie Alan Aycock, as Appellees' counsel of record.

1. Jamie Alan Aycock will no longer be an attorney at Kirkland & Ellis, LLP and seeks to withdraw as Appellees' counsel of record in the above captioned matter and will not require notice of filings.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/McDermott. The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.

2. The withdrawal of Jamie Alan Aycock as counsel of record will not cause any delay or prejudice to any party.

3. David Dickson, Stuart Spence, and Scott Lamb will continue to be represented by other counsel of record.

WHEREFORE, Appellees David Dickson, Stuart Spence, and Scott Lamb respectfully request that this Court grant this Motion and that Jamie Alan Aycock is withdrawn as Appellees' counsel of record and that he is removed from all service lists, including the CM/ECF system.

DATED:  March 16, 2022
Houston, Texas

Respectfully submitted,

*/s/ Jamie Alan Aycock*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| TX Bar No. 24062656 | Jamie Alan Aycock |
| Jennifer F. Wertz | TX Bar No. 24050241 |
| TX Bar No. 24072822 | Anna G. Rotman |
| Veronica A. Polnick | TX Bar No. 24046761 |
| TX Bar No. 24079148 | 609 Main Street |
| 1401 McKinney Street, Suite 1900 | Houston, Texas 77002 |
| Houston, Texas 77010 | Telephone: (713) 836-3600 |
| Telephone: (713) 752-4200 | Facsimile: (713) 836-3601 |
| Facsimile: (713) 752-4221 | Email: jamie.aycock@kirkland.com |
| Email: mcavenaugh@jw.com | Email: anna.rotman@kirkland.com |
| Email: jwertz@jw.com | |
| Email: vpolnick@jw.com | and |

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
John Christian (*pro hac vice pending*)
TX Bar No. 24109727
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
Email: john.christian@kirkland.com

**CO-COUNSEL TO THE APPELLEES DAVID DICKSON, STUART SPENCE, AND SCOTT LAMB**

**CO-COUNSEL TO THE APPELLEES DAVID DICKSON, STUART SPENCE, AND SCOTT LAMB**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, I caused a true and correct copy of the foregoing document to be served via the Court's ECF notification system to the parties listed below at the email addresses listed.

Michael Van Deelen,
16215 Friar Circle
Spring, Texas 77379
Email: michaelvandeelen@gmail.com

>                                        */s/ Jamie Alan Aycock*
>                                        Jamie Alan Aycock