United States District Court
Southern District of Texas
**ENTERED**
March 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| MCDERMOTT INTERNATIONAL, INC., *et al.*,[1] | § | On appeal from the U.S. Bankruptcy |
| | § | Court for the Southern District of |
| Reorganized Debtors. | § | Texas |
| | § | |
| MICHAEL VAN DEELEN | § | |
| | § | |
| Appellant, | § | Bankruptcy No. 20-30336 |
| | § | |
| v. | § | Adv. Proc. No. 20-3309 |
| | § | |
| DAVID DICKSON, | § | Appeal No. 4:21-cv-3369 |
| and STUART SPENCE, | § | |
| and SCOTT LAMB, | § | |
| and JOSHUA SUSSBERG, | § | |
| and 10 JOHN/JANE DOES | § | |
| | § | |
| Appellees. | § | |

### ORDER GRANTING APPELLEES' MOTION TO WITHDRAW JAMIE ALAN AYCOCK AS COUNSEL OF RECORD

Considering the *Motion to Withdraw Jamie Alan Aycock as Counsel of Record* filed by Appellees David Dickson, Stuart Spence, and Scott Lamb:

IT IS ORDERED that the Motion is GRANTED and that Jamie Alan Aycock is withdrawn as Appellees' counsel of Record from this matter and that he is removed from all service lists, including the CM/ECF system.

Dated: 3/18/22

_____
UNITED STATES DISTRICT JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/McDermott. The location of Debtor McDermott International, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 757 North Eldridge Parkway, Houston, Texas 77079.