United States District Court
Southern District of Texas
**ENTERED**
August 30, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MCDERMOTT INTERNATIONAL, INC., *et al.*,<br><br>*Debtors.* | On appeal from the U.S. Bankruptcy Court for the Southern District of Texas |
| MICHAEL VAN DEELEN,<br><br>*Appellant,*<br><br>v.<br><br>DAVID DICKSON, STUART SPENCE, SCOTT LAMB, JOSHUA SUSSBERG, and 10 JOHN/JANE DOES,<br><br>*Appellees.* | Bankruptcy No. 20-30336<br><br>Adv. Proc. No. 20-3309<br><br>Appeal No. 4:21-cv-3369 |

## ORDER

Pending before the Court is Appellant Michael Van Deelen's Motion for Rehearing. (Doc. No. 34). After considering the Motion and the law, the Court denies the Motion. (Doc. No. 34).

SIGNED at Houston, Texas this 30th day of August, 2023.

Andrew S. Hanen
United States District Judge